UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KISHA WHITE and OMAR HUDSON,

                Plaintiffs,

- against -

DETECTIVE MICHAEL CENTRONE, Tax Registration
No. 917404, SERGEANT CRAIG KEARNEY, Tax
Registration No. 911284 and P. O. "JOHN DOES" 1-6,

                Defendants.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

CV11-5330     NOV 01 2011
BROOKLYN OFFICE

COMPLAINT AND
JURY TRIAL DEMAND

MAUSKOPF, J.
GO, M.J.

SUMMONS ISSUED

Plaintiffs, KISHA WHITE and OMAR HUDSON, by their attorney, ALAN D. LEVINE, ESQ., complaining of the defendants herein, respectfully allege as follows:

### JURISDICTION

1. This is a civil action, seeking compensatory damages, punitive damages and attorney's fees.

2. This action is brought pursuant to 42 U.S.C. §§1983 and 1988 and the fourth and fourteenth amendments to the Constitution of the United States.

3. Jurisdiction is founded upon 28 U.S.C. §§1331 and 1343.

### VENUE

4. Venue is properly alleged in the Eastern District of New York in that the acts complained of herein occurred within this District.

## JURY TRIAL DEMAND

5. Plaintiffs hereby demand a trial by jury of all issues in this action that are so triable.

## PARTIES

6. At all times relevant hereto, plaintiff KISHA WHITE was and is a natural person, resident in the County of Queens, City and State of New York.

7. At all times relevant hereto, plaintiff OMAR HUDSON was and is a natural person, resident in the County of Queens, City and State of New York.

8. At all times relevant hereto, defendant DETECTIVE MICHAEL CENTRONE, Tax Registration No. 917404 (hereinafter "CENTRONE") was and is a natural person, employed as a detective by the Police Department of the City of New York.

9. At all times relevant hereto, defendant SERGEANT CRAIG KEARNEY, Tax Registration No. 911284 (hereinafter "KEARNEY") was and is a natural person, employed as a sergeant by the Police Department of the City of New York.

10. At all times relevant hereto, defendants P.O. "JOHN DOES" 1-6 were and are natural persons, employed as police officers by the Police Department of the City of New York.

11. The defendants are sued in their individual capacities.

## AS AND FOR A CAUSE OF ACTION
### (42 U.S.C. §1983)

12. Plaintiffs repeat, reiterate and reallege each and every allegation contained in paragraphs "1" through "11" hereinabove as if more fully set forth at length herein.

13. On or about November 5, 2008, at approximately 5:45 P.M., defendants, upon information and belief with defendant KEARNEY in command, apprehended one Kareem McDonald, at or near the intersection of Jamaica Avenue and 168th Street, in the County of Queens, City and State of New York, and arrested him for a variety of narcotics offenses.

14. At the aforementioned time, McDonald was residing with plaintiff KISHA WHITE and her son, plaintiff OMAR HUDSON, in an apartment located at 120-37 199th Street, St. Albans, County of Queens, City and State of New York (hereinafter "subject premises").

15. One or more of the defendants took the keys to McDonald's motor vehicle and drove to the above-mentioned address in said vehicle.

16. McDonald was placed inside a Police Department van by others of the defendants, which van followed McDonald's vehicle to the subject premises.

17. Defendants did not possess a warrant permitting them to enter the subject premises.

18. Nevertheless, using a house key that defendants had taken from McDonald, they entered the subject premises.

19. Plaintiff OMAR HUDSON was at home when the defendants entered the subject premises.

20. One or more of the defendants struck plaintiff OMAR HUDSON in the face, ordered him to lie on the floor and rear-handcuffed him.

21. Once he was handcuffed, plaintiff OMAR HUDSON was removed from the subject premises and placed inside the aforementioned Police Department van.

22. One or more of the defendants remained inside the subject premises until plaintiff KISHA WHITE arrived home, approximately ten minutes after plaintiff OMAR HUDSON had been arrested.

23. When plaintiff KISHA WHITE attempted to enter the subject premises, one of the defendants informed her that she was under arrest.

24. Plaintiff KISHA WHITE asked to see a warrant.

25. She was informed by one or more of the defendants that she was not going to be shown a warrant.

26. Plaintiff KISHA WHITE was now rear-handcuffed and placed in the aforementioned van by one or more the defendants.

27. The arresting officer for both plaintiffs was defendant CENTRONE.

28. Plaintiffs were transported first to the 103rd Precinct, then to the 105th Precinct and finally to Central Booking Queens.

29. Plaintiffs appeared before a Judge of the Criminal Court of the City of New York, County of Queens, in the early morning hours of August 7, 2008.

30. Each plaintiff was charged, pursuant to a complaint sworn to by defendant CENTRONE, with one felony and two misdemeanors related to narcotics.

31. Both plaintiffs were released on their own recognizance.

32. Both plaintiffs remained in custody for at least thirty hours.

33. On or about February 26, 2009, plaintiff KISHA WHITE received an adjournment in contemplation of dismissal.

34. On or about March 2, 2009, plaintiff OMAR HUDSON received an adjournment in contemplation of dismissal.

35. As a result of her arrest, plaintiff KISHA WHITE was suspended from her employment as a New York City school bus driver until September 2009.

36. Defendants violated plaintiffs' rights to be secure in their home against unreasonable searches and seizures and to be arrested only with probable cause therefor, guaranteed to them by the fourth and fourteenth amendments to the Constitution of the United States, in that, acting under color of state law, they, without any cause or provocation whatsoever, entered and searched the interior of plaintiffs' dwelling without first having obtained a search warrant and, without any cause or provocation whatsoever, falsely placed plaintiffs under arrest and falsely imprisoned them.

37. Because of the aforesaid acts committed against them by defendants, while they were acting under the color of state law, plaintiffs suffered a deprivation of their rights to be arrested only with probable cause and to be secure in their home against unreasonable searches and seizures and, as a result, suffered a loss of their liberty, suffered and continue to suffer extreme mental anguish, and, with regard to plaintiff KISHA WHITE, suffered a loss of time and income from her employment.

38. By reason of the aforementioned unconstitutional and illegal actions taken against them by the individual defendants, plaintiffs have been damaged in the amount of One Million ($1,000,000.00) Dollars and seek an additional One Million ($1,000,000.00) Dollars as punitive damages.

WHEREFORE, plaintiffs, KISHA WHITE and OMAR HUDSON, demand judgment against defendants, DETECTIVE MICHAEL CENTRONE, Tax Registration No. 917404, SERGEANT CRAIG KEARNEY, Tax Registration No. 911284, and P. O.

"JOHN DOES" 1-6 in the amount of One Million ($1,000,000.00) Dollars and seek an additional One Million ($1,000,000.00) Dollars as punitive damages.

In addition, plaintiffs demand the costs and disbursements of this action, including their attorney's fees, pursuant to 42 U.S.C. §1988.

Dated: Kew Gardens, New York
October 31, 2011

*Alan D. L.*

ALAN D. LEVINE, ESQ.
Attorney for Plaintiffs
80-02 Kew Gardens, Suite 302
Kew Gardens, New York 11415
(718) 793-6363
Our File No. 2151