UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KISHA WHITE and OMAR HUDSON,

                                  Plaintiffs,

-against-

DETECTIVE MICHAEL CENTRONE, Tax Registration No. 917404, SERGEANT CRAIG KEARNEY, Tax Registration No. 911284, and P.O. "JOHN DOES" 1-6,

                                  Defendants.

-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

11 CV 5330 (RRM) (MDG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 0 8 2013 ★

BROOKLYN OFFICE

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1. The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Law Office of Alan D. Levine
*Attorneys for Plaintiff*
80-02 Kew Gardens Road
Kew Gardens, New York 11415
718-793-6363

By: /s/ Alan D. Levine
Alan D. Levine
*Attorney for Plaintiff*

Dated: New York, New York
May 1, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-173A
New York, New York 10007

By: /s/ Alexandra Corsi
Alexandra Corsi
*Assistant Corporation Counsel*

SO ORDERED:

s/Roslynn R. Mauskopf    5/7/2013
HON. ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE

2